```
                UNITED STATES DISTRICT COURT
                EASTERN DISTRICT OF MISSOURI
                       EASTERN DIVISION

PAINTERS DISTRICT COUNCIL NO. 2,  )
et al.,                           )
                                  )
            Plaintiffs,           )
                                  )
      v.                          )      No. 4:07 CV 707 DDN
                                  )
JOHNED, INC., d/b/a,              )
PICCO & BENSON, INC.,             )
                                  )
            Defendant.            )
```

**ORDER**

This matter is before the Court for examination pursuant to Rule 4(m), Federal Rules of Civil Procedure.

Plaintiffs commenced this action on April 11, 2007, naming Johned, Inc., d/b/a Picco & Benson, Inc. as defendant. A review of the Court file shows that defendant Johned, Inc., d/b/a Picco & Benson, Inc., has not been served in this matter nor has service been waived on its behalf. Under Rule 4(m), Federal Rules of Civil Procedure, the Court, after notice to the plaintiffs, is directed to dismiss an action against a defendant upon whom service has not been made within 120 days after the filing of the complaint.

The Rule 4(m) period for service expires August 9, 2007, 120 days after the filing of plaintiff's complaint.

Therefore,

**IT IS HEREBY ORDERED** that plaintiffs shall file proof of service on defendant Johned, Inc., d/b/a Picco & Benson, Inc. not later than August 9, 2007. In the absence of good cause shown, failure to timely serve said defendant shall result in the dismissal of plaintiffs' claims as to said defendant without prejudice.

                                                 /S/ David D. Noce
                                    **UNITED STATES MAGISTRATE JUDGE**

Signed on July 31, 2007.